The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIESHIA BROCK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GROUP HEALTH COOPERATIVE and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No. 16-cv-01334-JLR<br><br>**STIPULATION AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Tieshia Brock and Defendant Group Health Cooperative and Does 1-10, inclusive, by and through their undersigned counsel of record, hereby stipulate and jointly request that the Court enter an order dismissing this action with prejudice and without costs or attorneys' fees to either party.

///

///

///

///

STIPULATION AND REQUEST FOR ORDER FOR
DISMISSAL WITH PREJUDICE - 1
CASE NO. 16-CV-01334-JLR

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

1  DATED this 3rd day of March, 2017.

2

3  CIVIL RIGHTS JUSTICE CENTER, PLLC          DAVID WRIGHT TREMAINE, LLP

4

5  /s/ Darryl Parker                          /s/Katherine Tylee Herz
6  **Darryl Parker**, WSBA #30770             **Sheehan Sullivan Weiss**, WSBA #33189
   2150 N 107th Street, Suite 520             **Katharine Tylee Herz**, WSBA #40640
7  Seattle, WA 98133                          1201 Third Avenue, Suite 2200
   (206) 557-7719                             Seattle, WA 98101-3045
8  Email: dparker@civilrightsjusticecenter.com   Email: sheehansullivanweiss@dwt.com
   *Attorney for Plaintiff*                             katetyleeherz@dwt.com
9                                             *Attorneys for Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND REQUEST FOR ORDER FOR            CIVIL RIGHTS JUSTICE CENTER, PLLC
DISMISSAL WITH PREJUDICE - 2                     2150 N 107th Street, Suite 520
CASE NO. 16-CV-01334-JLR                         Seattle, Washington 98133
                                                 (206) 557-7719 / Fax: (206) 659-0183

## [PROPOSED] ORDER

In accordance with the Stipulation and Request for Dismissal filed by Plaintiff Tieshia Brock and Defendant Group Health Cooperative, the Court hereby orders that this matter is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: 6 March, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

DAVID WRIGHT TREMAINE, LLP

/s/Katherine Tylee Herz
**Sheehan Sullivan Weiss**, WSBA #33189
**Katharine Tylee Herz**, WSBA #40640
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Email: sheehansullivanweiss@dwt.com
       katetyleeherz@dwt.com
*Attorneys for Defendants*

CIVIL RIGHTS JUSTICE CENTER, PLLC

/s/ Darryl Parker
**Darryl Parker**, WSBA #30770
2150 N 107th Street, Suite 520
Seattle, WA 98133
(206) 557-7719
Email: dparker@civilrightsjusticecenter.com
*Attorney for Plaintiff*

STIPULATION AND REQUEST FOR ORDER FOR
DISMISSAL WITH PREJUDICE - 3
CASE NO. 16-CV-01334-JLR

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183